# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ANTIJUIAN BOHLEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:12CV1823 DDN |
| ) | |
| IAN WALLACE,[1] ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on review of Antijuian Bohlen's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition for habeas relief has not been filed on a court-provided form. Both this Court's Local Rule 2.06(A) and Rule 2(d) of the Rules Governing Section 2254 Cases in the United States District Courts give this Court the authority to order petitioner to amend his petition by filing it on a court-provided form. Because of the manner in which the instant petition is drafted makes it difficult to review, the Court will order petitioner to amend it using the court-provided form.

Accordingly,

---

[1]Petitioner has named as respondent the State of Missouri. The proper respondent for a prisoner currently in custody pursuant to a state court judgment is the state officer having custody of the applicant. See 28 U.S.C. § 2254, Rule 2(a). Ian Wallace, Warden of the Southeast Correction Center, is the proper respondent.

**IT IS HEREBY ORDERED** that the Clerk of Court shall forward to petitioner, with a copy of this Order, the form for filing a "Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody."

**IT IS FURTHER ORDERED** that petitioner shall complete the form and return it within thirty (30) days from the date of this order.

**IT IS FURTHER ORDERED** that if petitioner fails to complete and return this form within thirty (30) days, the Court will dismiss this action without prejudice.

**IT IS FURTHER ORDERED** that upon petitioner's filing of the form petition, the Clerk shall resubmit this matter to the Court for review pursuant to Rule 4 of the Rules Governing § 2254 Cases.

**IT IS FURTHER ORDERED** that the Clerk of Court shall docket this petition as <u>Antijuian Bohlen v. Ian Wallace</u>.

    /S/   David D. Noce
**UNITED STATES MAGISTRATE JUDGE**

Signed on October 25, 2012.